IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OWEN HARTY, Individually,

   Plaintiffs,

v.

CORAL PALM ACQUISITION, LLC, A Foreign Limited Liability Company,

   Defendant.

_____

Case No.: 0:09-cv-60681-JIC

**NOTICE OF SETTLEMENT**

**PLAINTIFF hereby notifies the Court that the instant action has settled. Plaintiff respectfully requests that all pending motions be denied as moot, that all pending hearings be adjourned and that the parties be granted an extension of thirty days to submit the appropriate dismissal papers.**

**I hereby certify that a true and correct copy of the foregoing was served upon all parties of record via the Court's CM/ECF system and or electronically this 20th day of July, 2009**

**FOR THE PLAINTIFF**

**By: /s/ Thomas B. Bacon**

| | |
|---|---|
| **Thomas B. Bacon, Esq.** <br> **Attorney-At-Law** <br> **4868 S.W. 103rd Ave.** <br> **Cooper City, FL 33328** <br> **ph. (954) 925-6488** <br> **fax (954) 237-1990** <br> **tbb@thomasbaconlaw.com** | |