IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OWEN HARTY, Individually,

Case No.: 0:09-cv-60681-JIC

Plaintiff,
v.

CORAL PALM ACQUISITION, LLC, A Foreign Limited Liability Company,

Defendant.

---

### STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to dismiss the instant action with prejudice, with the Court retaining jurisdiction to enforce the terms of the Confidential Settlement Agreement.

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| By: /s/ Thomas B. Bacon | *Michael L. Grant for* Fla Bar # 079966 <br> By: /s/ Richard B. Warren, Esq |
| **Thomas B. Bacon, P.A.** <br> **Attorney-At-Law** <br> **4868 S.W. 103rd Ave.** <br> **Cooper City, FL 33328** <br> **ph. (954) 925-6488** <br> **fax (954) 237-1990** <br> **tbb@thomasbaconlaw.com** | Richard B. Warren, Esq. <br> Florida Bar No. 0326089 <br> Richard B. Warren, P.A. <br> Counsel for Defendant <br> 1555 Palm Beach Lakes, Blvd. <br> Suite 1006 <br> West Palm Beach, FL 33401 <br> Tel: (561) 681-9494 <br> Fax: (561) 681-9436 <br> Rick@RBWarrenLaw.com |