UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60681-CV-COHN

OWEN HARTY,

Magistrate Judge Seltzer

    Plaintiff,

vs.

CORAL PALM ACQUISITION, LLC,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal of Case with Prejudice [DE 11]. The Court being informed that the parties have settled all claims in this action, it is **ORDERED AND ADJUDGED** that the parties' Stipulation for Dismissal with Prejudice [DE 11] is hereby **GRANTED**. The above-styled action is therefore **DISMISSED WITH PREJUDICE**, with the Court retaining jurisdiction to enforce the terms of the confidential settlement agreement. The Clerk may close this case and deny any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of July, 2009.

*[signature]*
JAMES I. COHN
United States District Judge

copies to:

counsel of record as listed on CM/ECF